Napoleon **HARTSFIELD**, Appellant,

v.

**DEPARTMENT OF CORRECTIONS;** Charlie Hourihan, Appellees.

No. 06–2724.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 5, 2007.

Filed: Nov. 8, 2007.

Napoleon Hartsfield, Anamosa, IA, pro se.

1. The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.

Kristin Wright Ensign, Attorney General's Office, Des Moines, IA, for Appellees.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Napoleon Hartsfield appeals the district court's[1] grant of summary judgment to the remaining defendant in his 42 U.S.C. § 1983 action following this court's remand for further proceedings on a retaliation claim. We conclude that summary judgment was proper for the reasons stated by the district court. The judgment is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.